CM/ECF hrg4tel
(09/14/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Shekita Jones | ) | Case No.: 20–12505–JDW |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that a **TELEPHONIC** evidentiary hearing will be held

on 12/1/20 at 01:30 PM

to consider and act upon the following:

*39* – Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges Filed by Robert Hudson Lomenick Jr. on behalf of Shekita Jones RE: (related document(s)37 Notice of Postpetition Mortgage Fees, Expenses, and Charges (B10 Supplement 2) filed by Creditor U.S. Bank National Association, successor in interest to Bank of America, National Association, successor by merger to LaSalle Bank National Association as trustee for GSAMP Trust 2007–NC1 Mortgage Pa). (Lomenick, Robert)

This matter **will be held telephonically**. All attorneys, parties and other interested parties appearing should follow the dial in instructions below:

1) Complete the dial in instructions below at least 5 minutes prior to the time of the hearing.

2) Dial 877–336–1829, and when prompted, enter access code 5667710#.

3) Once you are connected to the call, identify yourself by stating your name.

4) Once your telephonic presence is acknowledged by the courtroom deputy, please mute your phone until further notice from the Court.

5) Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties connecting to the telephonic hearing, please contact the Clerk's Office at 662–369–2596.

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 11/4/20

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: AOH
Deputy Clerk