CM/ECF hrg4tel
(09/14/20)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Shekita Jones )      Case No.: 20−12505−JDW
      Debtor(s) )      Chapter: 13
     )      Judge: Jason D. Woodard
     )
     )

PLEASE TAKE NOTICE that a **TELEPHONIC** evidentiary hearing will be held

on 12/1/20 at 01:30 PM

to consider and act upon the following:

*39* − Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges Filed by Robert Hudson Lomenick Jr. on behalf of Shekita Jones RE: (related document(s)37 Notice of Postpetition Mortgage Fees, Expenses, and Charges (B10 Supplement 2) filed by Creditor U.S. Bank National Association, successor in interest to Bank of America, National Association, successor by merger to LaSalle Bank National Association as trustee for GSAMP Trust 2007−NC1 Mortgage Pa). (Lomenick, Robert)

This matter **will be held telephonically**. All attorneys, parties and other interested parties appearing should follow the dial in instructions below:

1) Complete the dial in instructions below at least 5 minutes prior to the time of the hearing.

2) Dial 877−336−1829, and when prompted, enter access code 5667710#.

3) Once you are connected to the call, identify yourself by stating your name.

4) Once your telephonic presence is acknowledged by the courtroom deputy, please mute your phone until further notice from the Court.

5) Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties connecting to the telephonic hearing, please contact the Clerk's Office at 662−369−2596.

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 11/4/20

                               Shallanda J. Clay
                               Clerk, U.S. Bankruptcy Court

                            BY: AOH
                               Deputy Clerk

United States Bankruptcy Court
Northern District of Mississippi

In re:                                                                                    Case No. 20-12505-JDW

Shekita Jones                                                                        Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0537-1                          User: autodocke                                    Page 1 of 1
Date Rcvd: Nov 04, 2020                    Form ID: hrg4tel                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|----------|---|-----------------------------|
| db | + | Shekita Jones, 807 Spring Ridge Cv, Holly Springs, MS 38635-7111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|----------------|
| Eric Miller | on behalf of Creditor U.S. Bank National Association  successor in interest to Bank of America, National Association, successor by merger to LaSalle Bank National Association as trustee for GSAMP Trust 2007-NC1 Mortgage Pa logsecf@logs.com |
| Joseph Justin Saffle | on behalf of Creditor First Heritage Credit c/o Justin Saffle bk@wilkinsonlawms.com  bk@wilkinsonlawms.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  lbarkley13@ecf.epiqsystems.com |
| Robert Hudson Lomenick, Jr. | on behalf of Debtor Shekita Jones robert@northmsbankruptcy.com  r47860@notify.bestcase.com;jhhurdle13@gmail.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5